# In the United States District Court
# For the Eastern District of Wisconsin
# Milwaukee Division

| | | |
|---|---|---|
| WISCONSIN CARRY, INC. | ) | |
| And | ) | |
| NAZIR AL-MUJAAHID | ) | |
| | ) | |
| Plaintiffs | ) | Civil Action File No. |
| | ) | |
| v. | ) | 2:12-cv-352-LA |
| | ) | |
| CITY OF MILWAUKEE, | ) | |
| JOSEPH MENDOLLA, | ) | |
| JOHN CHISHOLM, in his official | ) | |
| Capacity as District Attorney of | ) | |
| Milwaukee County, Wisconsin, | ) | |
| PATTI KLEIN, in her official | ) | |
| Capacity as Clerk of Courts for | ) | |
| The criminal division of the Circuit | ) | |
| Court of Milwaukee County, | ) | |
| Wisconsin, | ) | |
| And | ) | |
| MARK WALTON, | ) | |
| Defendants | ) | |

## PLAINTIFFS' MOTION TO THE CLERK TO ENTER A DEFAULT FOR DEFENDANTS CITY OF MILWAUKEE, JOSEPH MENDOLLA, AND MARK WALTON

Pursuant to Fed.R.Civ.Proc. 55(a), Plaintiffs hereby move the Clerk to enter a default for Defendants City of Milwaukee, Joseph Mendolla, and Mark Walton. As grounds for this Motion, Plaintiffs rely on the record and the accompanying Memorandum of Law.

1

Case 2:12-cv-00352-LA   Filed 09/14/12   Page 1 of 3   Document 13

      /s/ John R. Monroe
John R. Monroe
Attorney for Plaintiffs
9640 Coleman Road
Roswell, GA  30075
678 362 7650
John.monroe1@earthlink.net

## **CERTIFICATE OF SERVICE**

I certify that on September 14, 2012, I filed this document with the ECF system, which automatically will serve a copy via email upon:

Christopher J. Blythe
blythecj@doj.state.wi.us

Roy L. Williams
Rwilliams4@milwcnty.com


I further certify that on September 14, 2012, I served a copy of this document via U.S. Mail upon


Joseph Mendolla
c/o Milwaukee Police Department
749 W. State Street
Milwaukee, WI  53233

City of Milwaukee
c/o Ronald D. Leonhardt, City Clerk
200 E. Wells St., Room 205
Milwaukee, WI  53202

Mark Walton
c/o Milwaukee Police Department
749 W. State Street
Milwaukee, WI  53233

                                                  /s/ John R. Monroe
                                                  John R. Monroe