# In the United States District Court
## For the Eastern District of Wisconsin
## Milwaukee Division

| | | |
|---|---|---|
| WISCONSIN CARRY, INC., | ) | |
| KRYSTA SUTTERFIELD, AND | ) | |
| NAZIR AL-MUJAAHID | ) | |
| | ) | |
| Plaintiffs | ) | Civil Action File No. |
| | ) | |
| v. | ) | 2:12-cv-352-LA |
| | ) | |
| CITY OF MILWAUKEE, | ) | |
| JOHN CHISHOLM, in his official | ) | |
| Capacity as District Attorney of | ) | |
| Milwaukee County, Wisconsin, | ) | |
| JOHN BARRETT, in his official | ) | |
| Capacity as Clerk of Courts for | ) | |
| the Circuit Court of Milwaukee | ) | |
| County, Wisconsin, | ) | |
| OFFICER DOE 1 | ) | |
| And | ) | |
| OFFICER DOE 2, | ) | |
| Defendants | ) | |

## Stipulation of Mootness

Plaintiffs and Defendants City of Milwaukee (and termed Defendants Joseph

Mendolla and Mark Walton) stipulate that Defendants' Motion to Dismiss [Doc.

26] is rendered moot by Plaintiffs' Amended Complaint [Doc. 30].


_____/s/ John R. Monroe
John R. Monroe

Attorney for Plaintiffs
9640 Coleman Road
Roswell, GA  30075
678 362 7650
John.monroe1@earthlink.net


     I certify that Milwaukee Assistant City Attorney Robin Pederson indicated to me that he would join in this Stipulation.


                       /s/ John R. Monroe

                       John R. Monroe

## CERTIFICATE OF SERVICE

I certify that on December 3, 2012, I served a copy of the foregoing via the ECF system

upon:


Robin Pederson
rpederson@milwaukee.gov

Roy Williams
Rwilliams4@milwcnty.com

Christopher Blythe
blythecj@doj.state.wi.us

      /s/ John R. Monroe
John R. Monroe
