UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**WISCONSIN CARRY, INC.,**
**KRYSTA SUTTERFIELD, and**
**NAZIR AL-MUJAAHID,**

      **Plaintiffs,**

v.                                                    Case No. 12-CV-352

**CITY OF MILWAUKEE,**
**JOHN Chisholm, in his official capacity**
**as District Attorney of Milwaukee**
**County, Wisconsin, DAVID ZIEBELL,**
**and ALAN SEER,**

      **Defendants.**
_____

## ORDER

      Federal courts are courts of limited jurisdiction and can only hear "cases or controversies" as authorized by Article III of the Constitution. *Flast v. Cohen*, 392 U.S. 83, 94 (1968). Courts have an independent obligation to raise jurisdictional questions throughout the course of litigation. *FW/PBS, Inc. v. City of Dallas*, 493 U.S. 215, 231 (1990). Whether plaintiffs have standing to sue in federal court is one aspect of federal jurisdiction. *See id.*; *Allen v. Wright*, 468 U.S. 737, 750–51 (1984). The court questions whether plaintiffs Al-Mujaahid, Sutterfield, and Wisconsin Carry, Inc. have standing to demand some or all of the relief requested in plaintiffs' second Amended Complaint (Docket #42). Because the issue of standing was not addressed in summary judgment briefing, the court will offer the parties the opportunity to brief the issue.

      **THEREFORE, IT IS ORDERED** that the parties may submit briefs on the issue of standing by Monday, July 21, 2014.

Dated at Milwaukee, Wisconsin, this 11th day of July, 2014.

                                          s/ Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge