UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KRYSTA SUTTERFIELD,
      Plaintiff,

v.                                                Case No. 12-CV-0352

ALAN SEER
and DAVID ZIEBELL,
      Defendants.

## ORDER

**IT IS ORDERED** that this case will be called for trial on **January 20, 2015** at **8:30 a.m.**

Dated at Milwaukee, Wisconsin, this 7th day of January, 2015.

                                                  s/ Lynn Adelman
                                                  _____
                                                  LYNN ADELMAN
                                                  District Judge